AO 450 (Rev. 11/11) Judgment in a Civil Action

**FILED IN THE**
**U.S. DISTRICT COURT**
**EASTERN DISTRICT OF WASHINGTON**

**Jan 14, 2026**
SEAN F. McAVOY, CLERK

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

CARIE L.

    *Plaintiff*

v.

FRANK BISIGNANO,
Commissioner of Social Security

    *Defendant*

Civil Action No. 4:25-cv-5077-EFS

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of ____ %, plus post judgment interest at the rate of ____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: Pursuant to the Court Order at ECF No. 15, Plaintiff's Motion for Summary Judgment, ECF No. 11, is GRANTED. The ALJ's nondisability decision is REVERSED, and this matter is REMANDED to the Commissioner of Social Security pursuant to sentence four of 42 U.S.C. §405(g).
Judgment is entered for Plaintiff.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge Edward F. Shea.

Date: 1/14/2026

CLERK OF COURT

s/Sean F. McAvoy
*Signature of Clerk*